UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 0:22-mc-60093-RS**

**MATTHEW ORSO AS SUCCESSOR TRUSTEE
TO KENNETH D. BELL IN HIS CAPACITY
AS COURT-APPOINTED RECEIVER FOR
REX VENTURE GROUP, LLC, and KENNETH D.
BELL, IN HIS CAPACITY AS COURT-APPOINTED
RECEIVER FOR REX VENTURE GROUP, LLC
d/b/a ZEEKREWARDS.COM,**

  **Plaintiff,**
v.

**MARIE ROMAINE HECTOR,**

  **Defendant,**
_____/

## SATISFACTION OF JUDGMENT

  A Final Judgment was entered against Defendant, MARIE ROMAINE HECTOR, on August 14, 2017 in the United States District Court for the Western District of North Carolina, Charlotte Division, in the matter of <u>Kenneth D. Bell, in his capacity as court-appointed Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com v. Todd Disner, et al., and a Defendant Class of Net Winners in ZeekRewards.com</u>, case number 3:14-cv-91, in which Defendant was a member of the Defendant Class of Net Winners.

  On or about May 17, 2019, Matthew E. Orso was appointed as successor trustee to Kenneth D. Bell, and on or about December 16, 2019 Matthew E. Orso, solely in his capacity as court-appointed substitute Receiver for Rex Venture Group, LLC d/b/a ZeekRewards.com ("Assignor") assigned all rights and interests of Assignor in the Final Judgment, as to the individual class member MARIE ROMAINE HECTOR, to Nationwide Judgment Recovery, Inc. (as the designee of Big Sky Research Bureau, Inc., the "Assignee"). On or about January 12,

2022, the Assignee caused this judgment to be registered in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, where it was assigned the style and case number listed above.

By and through undersigned counsel, the Assignee hereby certifies that MARIE ROMAINE HECTOR has fully resolved the awarded amount against his/her of $4,608.38. The full and complete satisfaction of the Court's judgment, as to MARIE ROMAINE HECTOR, is hereby acknowledged, and the Clerk of Court is authorized to make entry of full and complete satisfaction of said Judgment against individual class member, MARIE ROMAINE HECTOR, on the docket.

Dated: February 2, 2022

Respectfully submitted,

/s/Alison N. Emery
Alison N. Emery, Esquire
Florida Bar No. 0621641
Emery Law, PLLC
5011 Gate Parkway, Bldg 100, Suite 100
Jacksonville, FL 32256
Telephone 904-404-5800
E-mail: alison@jaxlawyer.com
*Counsel for Plaintiff Nationwide Judgment Recovery as assignee of Matthew Orso*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2022, the foregoing document was filed electronically with the Clerk of Court using CM/ECF which is notice upon ATTYS OF RECORD Miguel Mario Cordano, Esq., at mc@lgplaw.com, Counsel for Garnishee. I also certify the foregoing document is being served this day by First Class United States Mail to: Marie Romaine Hector, 521 W. Dayton Cir., Fort Lauderdale, FL 33312.

/s/Alison N. Emery
Alison N. Emery, Esquire